**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| SHAWN C FELICIANO | ) | |
| FELICIA FELICIANO | ) | CASE NO. A08-83862-BEM |
| | ) | |
| DEBTOR(S) | ) | |

**NOTICE OF DEPOSIT OF UNCLAIMED FUNDS**

COMES NOW MARY IDA TOWNSON, CHAPTER 13 TRUSTEE, and files this Notice that she is remitting to the Registry of the Clerk of the United States Bankruptcy Court the following payment:

Payee Name: CENTRAL FINANCIAL CONTROL
Check Number: 2396677
Check Date: 10/16/2013
Check Amount: $2,111.04

These funds are being remitted to the Registry because the payee has not claimed the funds.

**CERTIFICATE OF SERVICE**

This is to certify that I have this day, October 28, 2013, served the Notice of Deposit of Unclaimed Funds by 1st class United States Mail to:

BERRY AND ASSOCIATES
2751 BUFORD HIGHWAY, N.E.
SUITE 400
ATLANTA, GA  30324-5456

/s/
MARY IDA TOWNSON, TRUSTEE
State Bar Number: 715063
191 Peachtree Street, Suite 2200
Atlanta, Georgia 30303
(404) 525-1110

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| SHAWN C FELICIANO | ) | |
| FELICIA FELICIANO | ) | CASE NO. A08-83862-BEM |
| | ) | |
| DEBTOR(S) | ) | |

### NOTICE OF DEPOSIT OF UNCLAIMED FUNDS

COMES NOW MARY IDA TOWNSON, CHAPTER 13 TRUSTEE, and files this Notice that she is remitting to the Registry of the Clerk of the United States Bankruptcy Court the following payment:

    Payee Name: CENTRAL FINANCIAL CONTROL
  Check Number: 2396677
     Check Date: 10/16/2013
  Check Amount: $151.29

These funds are being remitted to the Registry because the payee has not claimed the funds.

### CERTIFICATE OF SERVICE

This is to certify that I have this day, October 28, 2013 , served the Notice of Deposit of Unclaimed Funds by 1st class United States Mail to:

BERRY AND ASSOCIATES
2751 BUFORD HIGHWAY, N.E.
SUITE 400
ATLANTA, GA  30324-5456

                                                  /S/
                                      MARY IDA TOWNSON, TRUSTEE
                                      State Bar Number: 715063
                                      191 Peachtree Street, Suite 2200
                                      Atlanta, Georgia 30303
                                      (404) 525-1110

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| SHAWN C FELICIANO | ) | |
| FELICIA FELICIANO | ) | CASE NO. A08-83862-BEM |
| | ) | |
| DEBTOR(S) | ) | |

**NOTICE OF DEPOSIT OF UNCLAIMED FUNDS**

COMES NOW MARY IDA TOWNSON, CHAPTER 13 TRUSTEE, and files this Notice that she is remitting to the Registry of the Clerk of the United States Bankruptcy Court the following payment:

Payee Name: CENTRAL FINANCIAL CONTROL
Check Number: 2396677
Check Date: 10/16/2013
Check Amount: $76.88

These funds are being remitted to the Registry because the payee has not claimed the funds.

**CERTIFICATE OF SERVICE**

This is to certify that I have this day, October 28, 2013, served the Notice of Deposit of Unclaimed Funds by 1st class United States Mail to:

BERRY AND ASSOCIATES
2751 BUFORD HIGHWAY, N.E.
SUITE 400
ATLANTA, GA  30324-5456

/S/
MARY IDA TOWNSON, TRUSTEE
State Bar Number: 715063
191 Peachtree Street, Suite 2200
Atlanta, Georgia 30303
(404) 525-1110

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: ) | CHAPTER 13 |
| SHAWN C FELICIANO ) | |
| FELICIA FELICIANO ) | CASE NO. A08-83862-BEM |
| ) | |
| DEBTOR(S) ) | |

### NOTICE OF DEPOSIT OF UNCLAIMED FUNDS

COMES NOW MARY IDA TOWNSON, CHAPTER 13 TRUSTEE, and files this Notice that she is remitting to the Registry of the Clerk of the United States Bankruptcy Court the following payment:

Payee Name: CENTRAL FINANCIAL CONTROL
Check Number: 2396677
Check Date: 10/16/2013
Check Amount: $69.59

These funds are being remitted to the Registry because the payee has not claimed the funds.

### CERTIFICATE OF SERVICE

This is to certify that I have this day, October 28, 2013, served the Notice of Deposit of Unclaimed Funds by 1st class United States Mail to:

BERRY AND ASSOCIATES
2751 BUFORD HIGHWAY, N.E.
SUITE 400
ATLANTA, GA  30324-5456

/S/
MARY IDA TOWNSON, TRUSTEE
State Bar Number: 715063
191 Peachtree Street, Suite 2200
Atlanta, Georgia 30303
(404) 525-1110

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: ) | CHAPTER 13 |
| SHAWN C FELICIANO ) | |
| FELICIA FELICIANO ) | CASE NO. A08-83862-BEM |
| ) | |
| DEBTOR(S) ) | |

## NOTICE OF DEPOSIT OF UNCLAIMED FUNDS

COMES NOW MARY IDA TOWNSON, CHAPTER 13 TRUSTEE, and files this Notice that she is remitting to the Registry of the Clerk of the United States Bankruptcy Court the following payment:

Payee Name: CENTRAL FINANCIAL CONTROL
Check Number: 2396677
Check Date: 10/16/2013
Check Amount: $67.58

These funds are being remitted to the Registry because the payee has not claimed the funds.

## CERTIFICATE OF SERVICE

This is to certify that I have this day, October 28, 2013, served the Notice of Deposit of Unclaimed Funds by 1st class United States Mail to:

BERRY AND ASSOCIATES
2751 BUFORD HIGHWAY, N.E.
SUITE 400
ATLANTA, GA 30324-5456

/s/
MARY IDA TOWNSON, TRUSTEE
State Bar Number: 715063
191 Peachtree Street, Suite 2200
Atlanta, Georgia 30303
(404) 525-1110

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| SHAWN C FELICIANO | ) | |
| FELICIA FELICIANO | ) | CASE NO. A08-83862-BEM |
| | ) | |
| DEBTOR(S) | ) | |

### NOTICE OF DEPOSIT OF UNCLAIMED FUNDS

COMES NOW MARY IDA TOWNSON, CHAPTER 13 TRUSTEE, and files this Notice that she is remitting to the Registry of the Clerk of the United States Bankruptcy Court the following payment:

Payee Name: CENTRAL FINANCIAL CONTROL
Check Number: 2396677
Check Date: 10/16/2013
Check Amount: $171.61

These funds are being remitted to the Registry because the payee has not claimed the funds.

### CERTIFICATE OF SERVICE

This is to certify that I have this day, October 28, 2013, served the Notice of Deposit of Unclaimed Funds by 1st class United States Mail to:

BERRY AND ASSOCIATES
2751 BUFORD HIGHWAY, N.E.
SUITE 400
ATLANTA, GA  30324-5456

/s/
MARY IDA TOWNSON, TRUSTEE
State Bar Number: 715063
191 Peachtree Street, Suite 2200
Atlanta, Georgia 30303
(404) 525-1110