UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 08-83862-BEM |
| | ) | |
| Shawn C. & Felicia Feliciano, | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | |

ORDER FOR PAYMENT OF UNCLAIMED FUNDS

Trustee filed a Trustee's "Notice and Payment into the Court for Unclaimed Funds" on and issued a check to the Clerk, U.S. Bankruptcy Court, for deposit into the registry of the court in the amount of $2,647.99 on behalf of Central Financial Control. On April 30, 2015, Tenet Healthcare Corporation, c/o Dilks & Knopik, LLC, filed a petition seeking payment of this sum. The petition and the documents attached thereto establish that claimant is entitled to the unclaimed funds; accordingly, it is hereby

ORDERED that the Clerk, US Bankruptcy Court, shall issue a check in the amount of $2,647.99, payable to Tenet Healthcare Corporation, c/o Dilks & Knopik, LLC and shall send said check to payee at the following address: 35308 SE Center Street, Snoqualmie, WA 98065-9216.

IT IS SO ORDERED, this 18th day of May, 2015.

No Opposition:

BARBARA ELLIS-MONRO
UNITED STATES BANKRUPTCY JUDGE

Mary Ida Townson, Chapter 13 Trustee

Bar # 765003

Application Submitted By:

*(signature)*

Brian J. Dilks, Managing Member
Dilks & Knopik, LLC
Attorney-in-Fact for Tenet Healthcare Corporation
35308 SE Center Street
Snoqualmie, WA 98065-9216
(425) 836-5728


Distribution List:
US Attorney, 1800 Richard Russell Federal Bldg, 75 Spring St. SE, Atlanta, GA 30303
Tenet Healthcare Corporation, Dick Lee Director, Property Taxation, 1000 S. Fremont Ave Unit 18 , Alhambra, CA 91803
Mary Ida Townson, Case Trustee, 191 Peachtree Street, NE, Atlanta, GA 30303-1740
Dilks & Knopik, LLC, 35308 SE Center Street, Snoqualmie, WA 98065-9216